JOSEPH A. CORR, as Substituted Trustee under a Trust Indenture Made by CATHERINE I. ALLEN, Respondent, *v.* PARKWAY VIEW CORPORATION, Appellant.

(Argued December 9, 1935; decided January 8, 1936.)

*William F. McNulty* for appellant.
*David L. Podell* and *Abraham Porter* for respondent.

Judgments reversed and motion denied, with costs in all courts. The facts shown are sufficient to entitle the defendant to a trial of the issues. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH and FINCH, JJ.